ACCEPTED
03-15-00348-CV
5829557
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/25/2015 4:02:14 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00348-CV**

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/25/2015 4:02:14 PM
JEFFREY D. KYLE
Clerk

TODD ENRIGHT

*Appellant*,

v.

ASCLEPIUS PANACEA, LLC; ASCLEPIUS PANACEA GP, LLC; DAILY PHARMACY, LLC; DAILY PHARMACY GP, LLC; AND TOTH ENTERPRISES II, P .A. D/B/A VICTORY MEDICAL CENTER,

*Appellees*.

_____

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF OF APPELLANT
TODD ENRIGHT**

_____

On Appeal from the 98th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-14-004689
Hon. Gisela D. Triana of the 200th Judicial District Court, Presiding

_____

TO THE HONORABLE COURT OF APPEALS:

Appellant Todd Enright files this Unopposed Motion for Extension of Time to File Brief of Appellant, and would show the Court as follows:

1.     On June 3, 2015, Enright filed his Notice of Appeal of the district court's order denying Enright's special appearance.  The Clerk's Record was filed on June 15, 2015, and the Reporter's Record was filed on June 17, 2015.

2. In accordance with the rules concerning an interlocutory appeal, appellant's brief is currently due on July 7, 2015. *See* Tex. R. App. P. 38.6(a).

3. Pursuant to Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Enright requests a fourteen (14) day extension of time, to and including July 21, 2015, to file his brief. This is the first motion for extension of time filed by Enright.

4. As grounds for this extension, Enright requires additional time because his lead counsel, Jennifer Poppe, has several other deadlines and commitments during this period, including:

- a hearing on June 30, 2015, regarding *In Re Conn's Inc. Securities Litigation*, Civil Action No. 4:14-cv-00548 in the United States District Court for the Southern District of Texas, Houston Division;

- a hearing on July 7, 2015, regarding *Treppel v. Cohen et al.*, No. C.A. No. 9962-VCP in the Court of Chancery of the State of Delaware; and

- ongoing discovery and pretrial work in a number of cases.

5. In addition, counsel for Mr. Enright has previously existing personal commitments during the holiday weekend immediately preceding the present deadline.

6. Appellees do not oppose this Motion.

Wherefore, Appellant Enright prays that this Court grant this Unopposed Motion for Extension of Time to File Brief of Appellant, extend his filing deadline to and including July 21, 2015, and grant any such other relief to which he may be justly entitled.

Respectfully submitted,

*/s/ Jennifer B. Poppe*
Jennifer B. Poppe
State Bar No. 24007855
Jonah Jackson
State Bar No. 24071450
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
jpoppe@velaw.com
jjackson@velaw.com

***Attorneys for Appellant Todd Enright***

## CERTIFICATE OF CONFERENCE

On June 24, 2015, I conferred with Paul Matula, Counsel for Appellees, who stated that he was not opposed to a fourteen (14) day extension of time for the filing of appellant's brief.

/s/ *Jonah Jackson*
Jonah Jackson

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of June, 2015, a true and correct copy of this motion was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Eric J. Taube
Paul Matula
Hohmann, Taube & Summers, LLP
100 Congress Avenue, 18th Floor
Austin, Texas   8701
erict@hts-law.com
paulm@hts-law.com


/s/     *Jonah Jackson*
Jonah Jackson